UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LYNN FLUKER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>GARY CARR,<br><br>Defendant. | Case No. 22-11992<br>Honorable Sean F. Cox<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT (ECF NO. 40)**

Plaintiff Antonio Lynn Fluker, Jr., proceeding pro se and *in forma pauperis*, sues Gary Carr, alleging that he violated the Right to Financial Privacy Act (RFPA). ECF No.5. The Honorable Laurie J. Michelson referred the case to this Court for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 44.

On November 4, 2024, Fluker moved to amend his complaint. ECF No. 37. The Court granted in part that motion by allowing Fluker to amend his claims against Carr but denied him leave to add new defendants. ECF No. 39, PageID.146. The Court also treated ECF No. 37 as Fluker's operative complaint against Carr. *Id.* Fluker then filed another motion to

that was identical to his last one.  ECF No. 40.  The Court thus **DENIES** Fluker's motion and the operative complaint against Carr remains the one filed under ECF No. 37.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: June 18, 2025

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 18, 2025.

s/Davon Allen<br>
DAVON ALLEN<br>
Case Manager